UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS INC, <br> Plaintiff(s), <br><br> v. <br><br> US FOODS INC, <br> Defendant(s). | CASE NO. C24-00762-KKE <br><br> ORDER OF DISMISSAL WITHOUT PREJUDICE |

Based on the parties' stipulation (Dkt. No. 15), the Court DISMISSES this action without prejudice. Each party shall bear its own attorney's fees and costs. The clerk is directed to administratively close this case.

Dated this 12th day of November, 2024.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE - 1